IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE DAVID ALVAREZ-JIMENEZ,<br><br>　　　　　　Defendant. | 8:25CR110<br><br>ORDER |

　　　　On August 8, 2025 the court held a hearing on the motion of Attorney Christopher J. Roth to withdraw as counsel for the defendant, Jose David Alvarez-Jimenez. (Filing No. 67). Christopher J. Roth represented that there had been a material breakdown in the attorney/client relationship and the Defendant had directed him to file a Motion to Withdraw. After inquiry of the Defendant and his counsel the court granted Christopher J. Roth's motion to withdraw (Filing No. 67).

　　　　Julie A. Frank, 1905 Harney Street, Suite 600, Omaha, NE 68102, (402) 346-2215, is appointed to represent Jose David Alvarez-Jimenez for the balance of these proceedings pursuant to the Criminal Justice Act. Christopher J. Roth shall forthwith provide Julie A. Frank with the discovery materials provided the defendant by the government and such other materials obtained by Christopher J. Roth which are material to Jose David Alvarez-Jimenez's defense.

　　　　The clerk shall provide a copy of this order to Julie A. Frank and the defendant.

　　　　Dated this 12th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge