IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE DAVID ALVAREZ-JIMENEZ,<br>YOHALEX GARCIA-VALLADARES,<br>ALEXANDER JOSE MAYORA-BLANCO,<br>and JOHAN RODRIGUEZ-HERNANDEZ,<br>        Defendants. | 8:25-CR-110<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 72. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 42, against defendants Jose David Alvarez-Jimenez, Yohalex Garcia-Valladares, Alexander Jose Mayora-Blanco, and Johan Rodriguez-Hernandez. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to dismiss, Filing 72, is granted, and the Indictment, Filing 42, against defendants Jose David Alvarez-Jimenez, Yohalex Garcia-Valladares, Alexander Jose Mayora-Blanco, and Johan Rodriguez-Hernandez is dismissed without prejudice.

Dated this 8th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge